IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK ALAN NEWMAN, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | **8:25CV718**<br><br><br>**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |

This case is before the Court on Defendant's Unopposed Motion for Extension of Time. Filing 16. Defendant seeks a 30-day extension, to May 14, 2026, to file his Motion to Affirm because workload demands prevent SSA agency counsel from providing necessary support under the current responsive deadline. Filing 16 at 1. Defendant also represents that he has consulted with opposing counsel who has no objection to the request. Filing 16 at 1. The Court concludes that good cause exists for the requested extension. Accordingly,

IT IS ORDERED that Defendant's Unopposed Motion for Extension of Time, Filing 16, is granted. Defendant shall have to and including May 14, 2026, to file his Motion to Affirm.

Dated this 14th Day of April, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge

1