IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK ALAN NEWMAN, JR., <br><br> Plaintiff, <br><br> vs. <br><br> FRANK BISIGNANO, Commissioner of Social Security, <br><br> Defendant. | 8:25CV718 <br><br> **ORDER ON DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME** |

This case is before the Court on Defendant's Second Unopposed Motion for Extension of Time. Filing 18. Defendant seeks an additional 30-day extension, to June 15, 2026, to file his Motion to Affirm because workload demands prevent SSA agency counsel from providing necessary support under the current responsive deadline. Filing 18 at 1. Defendant also represents that he has consulted with opposing counsel who has no objection to the request. Filing 18 at 1. The Court concludes that good cause exists for the requested second extension. The Defendant should expect that no additional extensions will be given. Accordingly,

IT IS ORDERED that Defendant's Second Unopposed Motion for Extension of Time, Filing 18, is granted. Defendant shall have to and including June 15, 2026, to file his Motion to Affirm.

Dated this 14th Day of May, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1